THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JAMES STEDDUM,  )
    Plaintiff,  )
v.  ) Case No.: 6:20-cv-00100-JDK
    )
ACTION REVENUE RECOVERY, LLC  )
    )
    Defendant.  )

**FINAL JUDGMENT**

Pursuant to the Plaintiff's request, the Court has dismissed all pending claims in this action with prejudice.  Accordingly, the Court now enters **FINAL JUDGMENT**.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff take nothing and that all pending motions are **DENIED AS MOOT**.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that all claims in the instant suit be **DISMISSED** in their entirety **WITH PREJUDICE**.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **28th** day of **July, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE